IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARION CEDRIC STARKS,

        Plaintiff,

  v.

SAN FRANCISCO POLICE DEPARTMENT, et al.,

        Defendants.
                                  /

No. CV-08-5525 MMC (PR)

**JUDGMENT IN A CIVIL CASE**

    **( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** the above-titled action is hereby DISMISSED with prejudice.

Dated: December 18, 2008                            Richard W. Wieking, Clerk

                                                                                                          *Tracy Lucero*

                                                                                                           By: Tracy Lucero
                                                                                                           Deputy Clerk